# NO. 12-18-00051-CR

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| ***KINGSLEY DE JENGA,*** <br> ***APPELLANT*** | § | ***APPEAL FROM THE*** |
| ***V.*** | § | ***COUNTY COURT AT LAW NO. 3*** |
| ***THE STATE OF TEXAS,*** <br> ***APPELLEE*** | § | ***SMITH COUNTY, TEXAS*** |

***MEMORANDUM OPINION***
***PER CURIAM***

Appellant, Kingsley De Jenga, pleaded "guilty" to possession of a controlled substance and received twelve months deferred adjudication community supervision. Appellant's notice of appeal states:

> Now comes Kingsley De Jenga, Defendant in the above entitled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from Kingsley De Jenga's plea of guilty pursuant to Tex. Code Crim. Proc. Ann. art. 1.15. The following matter which is the subject of this appeal was raised by written motion and ruled on before trial pursuant to Rule 25.2(a)(2) of the Texas Rules of Appellant Procedure:
>
> 1. Illegal search and seizure of evidence.

Accordingly, Appellant's notice of appeal indicates that he seeks to appeal from the ruling on a motion to suppress. However, the Smith County Clerk's Office has no signed order granting or denying a motion to suppress. Thus, on March 14, 2018, this Court notified Appellant that the information received failed to show the jurisdiction of the Court, i.e., there is no final judgment or appealable order contained therewith. *See* TEX. R. APP. P. 37.2. We informed Appellant that the appeal would be dismissed unless the information was amended on or before March 26, 2018 to show this Court's jurisdiction. The deadline has passed and

Appellant has not shown the jurisdiction of this Court, or otherwise responded to this Court's notice.

In a plea bargain case--that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant--a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal. TEX. R. APP. P. 25.2(a)(2). However, to be effective, an order must be reduced to writing, signed by the trial judge, and entered in the record. *Mayfield v. State*, No. 12-09-00073-CR, 2009 WL 1067600, at \*1 (Tex. App.—Tyler Apr. 22, 2009, no pet.) (mem. op., not designated for publication); *State v. Shaw*, 4 S.W.3d 875, 878 (Tex. App.—Dallas 1999, no pet.). No signed order denying Appellant's motion is included in the information received in this appeal. Because we have not been provided with an appealable order, we have no jurisdiction over the appeal. Accordingly, the appeal is *dismissed for want of jurisdiction*. *See* TEX. R. APP. P. 43.2(f); *see also Mayfield*, 2009 WL 1067600, at \*1.

Opinion delivered March 29, 2018.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

(DO NOT PUBLISH)

2



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**MARCH 29, 2018**

**NO. 12-18-00051-CR**

**KINGSLEY DE JENGA,**
Appellant
V.
**THE STATE OF TEXAS,**
Appellee

Appeal from the County Court at Law No. 3

of Smith County, Texas (Tr.Ct.No. 003-82770-17)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that this appeal be, and the same is, hereby **dismissed for want of jurisdiction**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*